# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH SAMET**, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**THE PROCTER & GAMBLE CO.**,<br>Defendant. | Case No.: 12-cv-1891 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On August 3, 2012, Defendant Procter & Gamble Company filed its Motion to Dismiss (Dkt. No. 20). Thereafter, Plaintiff filed a Notice of Intention to File Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and then filed an amended complaint. (Dkt No. 23 and 25.)

In light thereof, the Motion to Dismiss is **DENIED** as moot. The hearing set for September 11, 2012, is **VACATED**.

**IT IS SO ORDERED.**

Date: August 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**