# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH SAMET**, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**THE PROCTER & GAMBLE CO.**,<br>    Defendant. | CASE NO. 12-CV-1891 YGR<br><br>ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE, **AS MODIFIED BY THE COURT** |

    Pursuant to the stipulation of the parties, and on the Court's own motion, the Court **CONTINUES** the Case Management Conference currently set for December 3, 2012, to **February 11, 2013, at 2:00 p.m.**

    IT IS SO ORDERED.

Date: November 27, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE