# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH SAMET**, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**THE PROCTER & GAMBLE CO.**, *et al.,*<br><br>Defendants. | CASE NO. 12-CV-1891 YGR<br><br>ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SETTING COMPLIANCE HEARING RE: CONSENT TO A MAGISTRATE JUDGE |

The hearing on the pending motions to dismiss, currently set for February 26, 2013, is **CONTINUED** to **April 9, 2013,** at 2:00 p.m. in Courtroom 5.

As discussed with the parties' during the February 20, 2013 phone conference, the parties are instructed to notify the Court whether they will consent to assignment of this case to a magistrate judge for all purposes. The parties are directed to file a joint statement indicating whether they consent and, if so, to which magistrate judge(s) they will consent. The statement shall be filed no later than **March 1, 2013**.

A compliance hearing regarding filing of the joint statement shall be set for Friday, **March 8, 2013**, on the Court's 9:01 a.m. calendar. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Date: February 21, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE