UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH SAMET et al.,<br><br>    Plaintiffs,<br> v.<br><br>PROCTER & GAMBLE COMPANY, et al.,<br><br>    Defendants. | Case No.: 5:12-cv-01891 PSG<br><br>**ORDER TO SUBMIT PROPOSED SCHEDULES**<br><br>**(Re: Docket No. 118)** |

As noted at Docket No. 118, the parties were to submit a proposed briefing schedule for the class certification motion and an overall case schedule. To date, they have submitted neither. No later than February 20, 2015, the parties shall submit proposals for both schedules.

**SO ORDERED.**

Dated: February 13, 2015

                _____
                PAUL S. GREWAL
                United States Magistrate Judge

1

Case No.: 5:12-cv-01891-PSG
ORDER TO SUBMIT PROPOSED SCHEDULES