Ben F. Pierce Gore (SBN 128515)
PRATT ASSOCIATES
1871 The Alameda Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

David McMullan, Jr. (admitted *pro hac vice*)
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH SAMET and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY and KELLOGG COMPANY and KELLOGG SALES COMPANY,<br><br>Defendants. | Case No. 5:12-cv-01891<br><br>**DECLARATION OF SARAH SAMET IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, SARAH SAMET, declare:

1. I am a named Plaintiff in this action. I am over 18 years of age. I make this declaration in connection with Plaintiffs' Motion for Class Certification, For Appointment of Class Representatives, and For Appointment of Class Counsel. If called to testify as to the information contained herein, I would and could competently do so. The following is based upon my own personal knowledge, except as to the information which is based upon information and

belief, which I believe to be true.

2. I am a resident of Los Gatos, California and I purchased the following: Pringles Original snack chips (6.41 oz. cylinder), Pringles 18 Variety Pack (original, cheddar cheese and sour cream and onion .74 oz. tubs), and Pringles 8 Pack (sour cream and onion .74 oz. tubs) in California during the Class Period. I typically purchased the products once per month and typically paid $1.99 to $4.29.

3. During the Class Period, I purchased more than $25.00 of Pringles snack chips.

4. The "0g Trans Fat" claim was the reason I purchased the Pringles products. Absent the "0g Trans Fat" claim, I would not have purchased this product.

5. I would not have purchased Pringles snack products had I known they were misbranded and illegal to sell or hold under California law. To me, a product that is illegal to sell or hold under California law is worthless and has zero value. I would not willingly participate in an illegal sales transaction even if my participation did not subject me to any legal risk or consequence.

6. Because I choose to deal with honest companies that do not violate food labeling laws designed to protect consumers like me from deception and fraud and to safeguard the public health, I would not have knowingly purchased Pringles snack products, the packaging of which violated food labeling laws.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this the 30th day of June, 2015 in San Jose, California.

By: _____
SARAH SAMET