UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SAMET, et al., | Case No. 5:12-cv-01891-PSG |
| Plaintiffs, | **ORDER DENYING MOTIONS** |
| v. | **(Re:  Docket No. 142, 147, 151, 152)** |
| KELLOGG COMPANY, et al., | |
| Defendants. | |

In light of the court's order partially staying this case,[1] Plaintiffs Sarah Samet and Robert Figy's pending motion for leave to file an amended motion for class certification[2] is DENIED. Defendants Procter & Gamble Co., Kellogg Company, and Kellogg Sales Company's motions to strike the Scarbrough Declaration,[3] exclude Caswell's expert opinions and testimony,[4] and strike portions of Plaintiffs' motion for class certification[5] also are DENIED in light of the partial stay. All motions are denied without prejudice to renewal upon the lifting of the stay.  The court shall resolve the motion for class certification on the narrow issue of standing, as indicated in its earlier order.[6]

---

[1] *See* Docket No. 167.

[2] *See* Docket No. 142.

[3] *See* Docket No. 147.

[4] *See* Docket No. 151.

[5] *See* Docket No. 152.

[6] *See* Docket No. 167 at 4.

Case No. 5:12-cv-01891-PSG
ORDER DENYING MOTIONS

1

United States District Court
Northern District of California

**SO ORDERED.**

Dated: November 10, 2015

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
Northern District of California

2

Case No. 5:12-cv-01891-PSG
ORDER DENYING MOTIONS