UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SAMET, et al., <br>     Plaintiffs, <br>     v. <br> KELLOGG COMPANY, et al., <br>     Defendants. | Case No. 5:12-cv-01891-PSG <br><br> **ORDER TO SHOW CAUSE** |

Plaintiffs Sarah Samet and Robert Figy and Defendants Procter & Gamble Co., Kellogg Co. and Kellogg Sales Co. are invited to brief the question of why this case should not be stayed, in whole or in part, in light of *Kane v. Chobani, LLC*.[1] Each party may file a brief of five pages or fewer by Friday, April 1, 2016.

**SO ORDERED.**

Dated: March 25, 2016

                                                    _____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Case No. 14-15670, mem. op. (9th Cir. Mar. 24, 2016).