UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

———————————
www.cand.uscourts.gov

Susan Y. Soong                                                                                                  General Court Number
Clerk of Court                                                                                                            415 522-2200

CASE NUMBER: 5:12-cv-01891-PSG
CASE TITLE: Samet v. Proctor and Gamble Company

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable Judge Richard Seeborg for all further proceedings.

The parties are instructed that all future filings shall bear the initials RS immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE JUDGE RICHARD SEEBORG.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

June 6th, 2016

FOR THE EXECUTIVE COMMITTEE

*[signature: Susan Y. Soong]*

_____
CLERK OF COURT